UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JILL CARUSO, | Case No. 3:11-cv-186 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| JOAN C. LOVING, | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CLAIMS AGAINST JOAN C. LOVING IN HER INDIVIDUAL CAPACITY WITHOUT PREJUDICE (DOC. 13)

This civil case is before the Court on Plaintiff's Motion to Dismiss claims against Defendant Joan C. Loving in her individual capacity. (Doc. 13). Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff's Motion is **GRANTED** and all claims against Defendant Joan C. Loving in her individual capacity are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Date:  11/7/11

Timothy S. Black
United States District Judge