UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JILL CARUSO,                            :      Case No. 3:11-cv-186
                                        :
      Plaintiff,                        :      Judge Timothy S. Black
                                        :
vs.                                     :
                                        :
JOAN C. LOVING,                         :
                                        :
      Defendant.                        :

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR SUBSTITUTION OF SUCCESSOR TRUSTEES OF
THE JOAN C. LOVING TRUST (DOC. 15)**

This civil case is before the Court on Defendants' Unopposed Motion for

Substitution of Successor Trustees of the Joan C. Loving Trust. (Doc. 15). Defendant

Joan C. Loving was made a party to this litigation in her individual capacity as well as in

her capacity as trustee of the Joan C. Loving Revocable Living Trust. The Court

previously granted Plaintiff's Motion to Dismiss Ms. Loving as a Defendant in her

individual capacity. (Docs. 13, 16).

Defendants represent that Ms. Loving died on October 6, 2011, and that Carroll L.

DeVilbiss, Lee L. Neff and Margaret E. Allen have been named as Successor Trustees of

the Joan C. Loving Trust. Defendants now seek to substitute Carroll L. DeVilbiss, Lee L.

Neff and Margaret E. Allen, in their capacities as Successor Trustees of the Joan C.

Loving Trust, in place and instead of Joan C. Loving in her capacity as Trustee.

Defendants represent that their Motion in this regard is unopposed.

For the foregoing reasons, and absent opposition by Plaintiff, Defendants' Motion

(Doc. 15) is **GRANTED.**  Carroll L. DeVilbiss, Lee L. Neff and Margaret E. Allen, in their capacities as Successor Trustees of the Joan C. Loving Trust, are substituted as Defendants in this case.

**IT IS SO ORDERED.**

Date: _____11|10|11_____          _____Timothy S. Black_____

Timothy S. Black
United States District Judge